**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

November 6, 2018

Charmane Smith
4952 WILLOW ROAD
MEMPHIS, TN 38117

Your civil action *Smith v. Amazon* was filed in the U.S. District Clerk's office at Seattle on November 2, 2018.

Your case has been assigned Case Number **2:18–cv–01607–JCC,** and has been assigned to Judge John C Coughenour, Presiding Judge

*All future correspondence with the Court must contain the entire case number as indicated above.*

PLEASE NOTE: The summons that was submitting was not completely filled out. Please fill out the highlighted sections on the enclosed copy of the summons and return it to the Clerk's Office.

Thank you,

WILLIAM M. MCCOOL, *Clerk*


s/*Deputy Clerk*

cc: file