THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARMANE SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON,<br><br>　　　　　Defendant. | CASE NO. C18-1607-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for relief from judgment (Dkt. No. 11). On November 2, 2018, Plaintiff, proceeding *pro se*, filed a complaint and application to proceed *in forma pauperis*. (Dkt. No. 1.) On November 8, 2018, United States Magistrate Judge Hon. Mary Alice Theiler granted Plaintiff's motion to proceed *in forma pauperis*. (Dkt. No. 4.) In her order, Judge Theiler recommended that the Court review Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(b). (*Id.*) The Court reviewed Plaintiff's complaint and determined that it failed to state a claim upon which relief could be granted. (*See* Dkt. No. 7.) The Court directed Plaintiff to file an amended complaint to correct the deficiencies identified in its order. *(Id.)* After Plaintiff filed an amended complaint, the Court again determined that Plaintiff had failed to state a claim upon which relief could be granted. (Dkt. No. 9.) The Court dismissed Plaintiff's

MINUTE ORDER
C18-1607-JCC
PAGE - 1

amended complaint without leave to amend. (*Id.*)

On January 15, 2019, Plaintiff filed a motion for relief from the Court's judgment and asking the Court to recuse itself from this action. (Dkt. No. 11.) A district court may relieve a party or its legal representative from a final judgment for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b). In her motion, Plaintiff alleges that "a group of Black Hat Hackers that I've been studying and tracking the methods of since July 2008, have infiltrated the legal system, including, PACER." (Dkt. No. 11 at 1.) She further alleges that "the Black Hat Hackers have manipulated, deceived, induced, and/or bribed Court Personnel, Officers, and/or Judges into improperly frustrating, delaying, and/or obstructing the progression of civil cases in Federal Cases, nationwide . . . ." (*Id.* at 2.) Plaintiff also states that "Judges John C. Coughenour and Mary Alice Theiler are alleged to be prejudiced against my poverty and the amount of money I sued for, and my self-representation . . . ." (*Id.* at 3.)

Plaintiff's motion does not include a basis for relief from the Court's prior judgment dismissing the amended complaint. While Plaintiff states that her motion is supported by "fraud," the fraud she alleges does not involve a party to this action, but is that of furtive third-parties—"the Black Hat Hackers." (*Id.* at 2.) Nor does Plaintiff's motion address the Court's reasons for dismissing the amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). For those reasons, Plaintiff's motion for relief from judgment (Dkt. No. 11) is DENIED. The Clerk is

MINUTE ORDER
C18-1607-JCC
PAGE - 2

1    DIRECTED to send a copy of this order to Plaintiff.

2    DATED this 17th day of January 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C18-1607-JCC
PAGE - 3