UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARMANE SMITH, | CASE NO. C18-1607-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMAZON, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's second amended complaint (Dkt. No. 13) and motion for summary judgment (Dkt. No. 14.) On January 2, 2019, the Court dismissed Plaintiff's amended complaint without leave to amend and entered judgment. (Dkt. Nos. 9, 10.) Plaintiff moved the Court to vacate its judgment (Dkt. No. 11), which the Court denied. (Dkt. No. 12.) Because the Court has previously dismissed Plaintiff's claims, entered final judgment, and denied Plaintiff's motion seeking relief from that judgment, the Court DENIES Plaintiff's motion for summary judgment. (Dkt. No. 14) and takes no action on the second amended complaint (Dkt. No. 13).

//

//

1       DATED this 29th day of March 2019.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk